IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-3450-WYD-KMT

FULLER REAL ESTATE, LLC,

    Plaintiff,

v.

SYCAMORE BROKERAGE, LLC d/b/a FULLER SOTHEBY'S INT'L REALTY;
R. SCOTT WEBBER;
CATALYST, LLC;
VILLAGE MARKETING ASSOCIATES, LLC;
STEAMBOAT BROKERS, LLC;
MAJESTIC REALTY, LLC;
JOHN DOES 1-10,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On January 19, 2016, Defendant Majestic Realty, LLC filed a Stipulated Motion to Withdraw Defendant Majestic's Motion to Dismiss (ECF No. 63).  Defendant seeks to withdraw its previous Motion to Dismiss (ECF No. 44), filed on October 13, 2015.  The Motion to Withdraw (ECF No. 63) is hereby **GRANTED** and the Motion to Dismiss (ECF No. 44) is hereby **DENIED as moot**.

    Dated:   January 20, 2016